UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21MC102(AKH) |
| ANA BERMEO, | 08CV4933(AKH) |
| Plaintiff(s), | **NOTICE OF APPEARANCE** |
| -against- | |
| 100 CHURCH LLC, et al., | |
| Defendants. | |

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendants **100 CHURCH LLC and ZAR REALTY MANAGEMENT CORP. n/k/a SAPIR REALTY MANAGEMENT CORP.** in the above-captioned action and all future correspondence and papers filed or serviced in connection with the above-captioned action are to be directed to the undersigned.

Dated:    New York, New York
              August 10, 2008

Yours etc.,

HARRIS BEACH PLLC
*Attorneys for Defendant*
**100 CHURCH LLC and ZAR REALTY MANAGEMENT CORP. n/k/a SAPIR REALTY MANAGEMENT CORP.**

_____/s/_____
Stanley Goos, Esq. (SG-7062)
100 Wall Street
New York, NY  10005
212 687-0100
212 687-0659 (Fax)

## CERTIFICATION AS TO SERVICE

The undersigned certifies that on August 10, 2008, I caused to be filed and served the following document electronically via the Court's ECF system upon the parties:

    1.    100 Church and Zar Realty Management Corp. n/k/a Sapir Realty Management Corp. Notice of Appearance

Dated: August 10, 2008

                                                     /s/
                                      Stanley Goos, Esq. (SG 7062)