KEVIN G. HORBATIUK (KGH-4977)
MATTHEW P. MAZZOLA (MM-7427)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
IN RE COMBINED WORLD TRADE CENTER            21 MC 102 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION
-----------------------------------------------------------------------X
ANA BERMEO,                                                              DOCKET NO:
                                                                         08 CV 4933

                    Plaintiff,

   -against-

100 CHURCH, LLC, ABATEMENT PROFESSIONALS,
ABSCOPE ENVIRONMENTAL, INC.,
AMBIENT GROUP INC., APPLIED ENVIRONMENTAL
INC., BATTERY PARK CITY AUTHORITY,
BLACKMON-MOORING-STEAMATIC CATOSTOPHE,       NOTICE OF
D/B/A/ BMS CAT, BRISTOL ENVIRONMENTAL INC.,  APPEARANCE
BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, L.P.,
BROOKFIELD PARTNERS, L.P., BROOKFIELD
CORPORATION, BROOKFIELD PROPERTIES,
INC., CATAMOUNT ENVIRONMENTAL, INC.,
CLAYTON ENVIRONMENTAL CONSULTANTS
COMPREHENSIVE ENVIRONMENTAL CO.,
CONTAMINANT CONTROL, INC., COVINO
ENVIRONMENTAL ASSOCIATES, INC.,
CRITERION LABORATORIES, INC.,
CUNNINGHAM DUCT CLEANING CO., INC.,
DARLING ASBESTOS DISPOSAL COMPANY
INC., DIVERSIDED ENVIRONMENTAL
CORPORATION, DYNASERV INDUSTRIES,
INC., ENVIRONMENTAL SERVICES AND
TECHNOLOGIES, INC., ENVIROSERVE, INC.,
GPS ENVIRONMENTAL CONSULTANTS, INC.,

HELLMAN ENVIRONMENTAL GROUP, LLC.,
INDOOR ENVIRONMENTAL TECHNOLOGY,
INC., LAW ENGINEERING, P.C., MERRILL
LYNCH & CO., INC., MILRO ASSOCIATES, INC.,
NORWICH LABORATORIES, PAR
ENVIRONMENTAL CORPORATION,
PINNACLE ENVIRONMENTAL CORPORATION,
POTOMAC ABATEMENT INC.,
ROYAL ENVIRONMENTAL INC.,
SENCAM, INC., SPECIALTY SERVICE
CONTRACTING INC., SYSKA AND
HENNESSY, TELLABS OPERATIONS, INC.,
TISHMAN INTERIORS CORPORATIONS,
TRC ENGINEERS, INC., TTI ENVIRONMENTAL
SERVICES, INC., TUCKER ANTHONY, INC.,
VERIZON NEW YORK, INC., WFP TOWER A
CO., WFP TOWER A CO. G.P. CORP., WFP
TOWER A. CO., L.P., WILLIAM F. COLLINS,
ARCHITECT and ZAR REALTY MANAGEMENT
CORP., ET AL.

                         **Defendants.**
-----------------------------------------------------------------x
To the Clerk of this Court and all parties of record:

   Enter my appearance as counsel in this case for:

                 **CUNNINGHAM DUCT WORK s/h/i/a**
              **CUNNINGHAM DUCT CLEANING CO., INC.**

   I certify that I am admitted to practice in this court.

Dated: New York, New York
       August 20, 2008            Kevin G. Horbatiuk
                                  _____
                                  Kevin G. Horbatiuk (KGH4977)
                                  Matthew P. Mazzola (MM-7427)
                                  Attorneys for Defendant
                                  **CUNNINGHAM DUCT WORK s/h/i/a**
                                  **CUNNINGHAM DUCT CLEANING CO., INC.**
                                  RUSSO, KEANE & TONER, LLP
                                  26 Broadway, 28th Floor
                                  New York, New York 10004
                                  (212) 482-0001
                                  RKT File No. 824.078

TO:    CHRISTOPHER R. LaPOLA, ESQ.,
       WORBY GRONER EDELMAN & NAPOLI BERN, LLP
       Attorney for Plaintiff
       **ANA BERMEO**
       115 Broadway - 12th Floor
       New York, New York 10006
       (212) 267-3700

## CERTIFICATION OF SERVICE

      I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 20TH day of August, 2008.

      CHRISTOPHER R. LaPOLA, ESQ.,
      WORBY GRONER EDELMAN & NAPOLI BERN, LLP
      Attorney for Plaintiff
      **ANA BERMEO**
      115 Broadway 12th Floor
      New York, New York 10006

                                                        */s/ Kevin G. Horbatiuk*
                                                        **KEVIN G. HORBATIUK**