KEVIN G. HORBATIUK (KGH-4977)
MATTHEW P. MAZZOLA (MM-7427)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IN RE COMBINED WORLD TRADE CENTER            21 MC 102 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------X
ANA BERMEO,                                   DOCKET NO:
                                              08 CV 4933
              Plaintiff,

    -against-

100 CHURCH, LLC, ABATEMENT PROFESSIONALS,
ABSCOPE ENVIRONMENTAL, INC.,
AMBIENT GROUP INC., APPLIED ENVIRONMENTAL
INC., BATTERY PARK CITY AUTHORITY,
BLACKMON-MOORING-STEAMATIC CATOSTOPHE,        NOTICE OF
D/B/A/ BMS CAT, BRISTOL ENVIRONMENTAL INC.,   ADOPTION OF
BROOKFIELD FINANCIAL PROPERTIES, INC.,        ANSWER TO MASTER
BROOKFIELD FINANCIAL PROPERTIES, L.P.,        COMPLAINT
BROOKFIELD PARTNERS, L.P., BROOKFIELD
CORPORATION, BROOKFIELD PROPERTIES,
INC., CATAMOUNT ENVIRONMENTAL, INC.,
CLAYTON ENVIRONMENTAL CONSULTANTS
COMPREHENSIVE ENVIRONMENTAL CO.,
CONTAMINANT CONTROL, INC., COVINO
ENVIRONMENTAL ASSOCIATES, INC.,
CRITERION LABORATORIES, INC.,
CUNNINGHAM DUCT CLEANING CO., INC.,
DARLING ASBESTOS DISPOSAL COMPANY
INC., DIVERSIDED ENVIRONMENTAL
CORPORATION, DYNASERV INDUSTRIES,
INC., ENVIRONMENTAL SERVICES AND
TECHNOLOGIES, INC., ENVIROSERVE, INC.,
GPS ENVIRONMENTAL CONSULTANTS, INC.,

HELLMAN ENVIRONMENTAL GROUP, LLC.,
INDOOR ENVIRONMENTAL TECHNOLOGY,
INC., LAW ENGINEERING, P.C., MERRILL
LYNCH & CO., INC., MILRO ASSOCIATES, INC.,
NORWICH LABORATORIES, PAR
ENVIRONMENTAL CORPORATION,
PINNACLE ENVIRONMENTAL CORPORATION,
POTOMAC ABATEMENT INC.,
ROYAL ENVIRONMENTAL INC.,
SENCAM, INC., SPECIALTY SERVICE
CONTRACTING INC., SYSKA AND
HENNESSY, TELLABS OPERATIONS, INC.,
TISHMAN INTERIORS CORPORATIONS,
TRC ENGINEERS, INC., TTI ENVIRONMENTAL
SERVICES, INC., TUCKER ANTHONY, INC.,
VERIZON NEW YORK, INC., WFP TOWER A
CO., WFP TOWER A CO. G.P. CORP., WFP
TOWER A. CO., L.P., WILLIAM F. COLLINS,
ARCHITECT and ZAR REALTY MANAGEMENT
CORP., ET AL.

                        **Defendants.**
------------------------------------------------------------------x

PLEASE TAKE NOTICE, that defendant **CUNNINGHAM DUCT WORK s/h/i/a CUNNINGHAM DUCT CLEANING CO., INC.** ("CUNNINGHAM"), by its attorneys, RUSSO, KEANE & TONER, LLP, as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off-Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt their Answer to Master Complaint dated, August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

**WHEREFORE**, the defendant, CUNNINGHAM demands judgment dismissing the above captioned caption action as against it, together with its costs and disbursements and for such other

and further relief as this Court deems just and proper.

Dated: New York, New York
      August 25, 2008

                                  Kevin G. Horbatiuk
                                  Kevin G. Horbatiuk (KGH4977)
                                  Matthew P. Mazzola (MM-7427)
                                  Attorneys for Defendant
                                  **CUNNINGHAM DUCT WORK s/h/i/a**
                                  **CUNNINGHAM DUCT CLEANING CO., INC.**
                                  RUSSO, KEANE & TONER, LLP
                                  26 Broadway, 28th Floor
                                  New York, New York 10004
                                  (212) 482-0001
                                  RK&T File No. 824.078

TO:    CHRISTOPHER R. LaPOLA, ESQ.,
         WORBY GRONER EDELMAN & NAPOLI BERN, LLP
         Attorney for Plaintiff
         **ANA BERMEO**
         115 Broadway 12th Floor
         New York, New York 10006

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 25TH day of August, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiff
**ANA BERMEO**
115 Broadway 12th Floor
New York, New York 10006

*/s/ Kevin G. Horbatiuk*
**KEVIN G. HORBATIUK**